Entered: November 22nd, 2019
Signed: November 22nd, 2019

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MARYLAND

IN RE:

DARLEEN MARGARET CASH

Debtor

Case Number: 17-19412-WIL
Chapter 13

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss Case, and any responses thereto, and after any hearing thereon, good cause appearing therein, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the above-referenced Chapter 13 case is dismissed, in accordance with 11 U.S.C. §1307(c); and ALL PARTIES ARE HEREBY NOTIFIED that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:   All creditors and parties in interest and:
REBECCA A. HERR
Chapter 13 Trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD  21401

Darleen Margaret Cash
7114 Donnell Place Apt C5
District Heights, MD  20747
*Debtor*

Kasey L Edwards Esquire
Gilman & Edwards Llc
8401 Corporate Dr - Suite 450
Landover, MD  20785-2284

*Counsel for Debtor*

**END OF ORDER**